■ Joseph Spano, Respondent, v Simon T. Alex, Appellant. [755 NYS2d 258] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (Barron, J.), dated September 5, 2001, which denied his motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

There are issues of fact which preclude the granting of summary judgment. Santucci, J.P., Smith, Goldstein, H. Miller and Mastro, JJ., concur.